**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)*: _____  Chapter  11

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Ahearman LLC |
| 2. | All other names debtor used in the last 8 years — Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-2387090 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 132 Remsen Street<br>Brooklyn, NY 11201<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Kings<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  Ahearman LLC
        Name                                                    Case number (if known) _____

7. **Describe debtor's business**  A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5313__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ☒ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor   Linda E. Greco                                Relationship   Affiliate

    District   Eastern New York   When  10/17/24   Case number, if known   24-44301

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 2

Debtor  Ahearman LLC                                                      Case number (*if known*) _____
        Name

---

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Ahearman LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 9, 2025
               MM / DD / YYYY

X   /s/ Louis Greco                      Louis Greco
      Signature of authorized representative of debtor       Printed name

Title   Manager

**18. Signature of attorney**

X   /s/ Kevin Nash               Date   October 9, 2025
    Signature of attorney for debtor                   MM / DD / YYYY

Kevin Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone               Email address   knash@gwfglaw.com

1927656 NY
Bar number and State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              Chapter 11

AHERMAN LLC,                                        Case No.

                        Debtor.
------------------------------------------------------------x

## CORPORATE RESOLUTION

A special meeting of the Members of Aherman LLC (the "Company") having been held on October 9, 2025 in accordance with the Company's operating agreement, and upon the unanimous consent of the undersigned Members after motion duly made and carried, it was:

> **RESOLVED**, that the Company is authorized to execute and file a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code and to cause the prosecution thereof; and it is further
>
> **RESOLVED**, that Louis Greco, as Manager of the Company, is authorized and directed to oversee the Chapter 11 case and to submit all statements, lists, motions, applications, and other necessary papers to prosecute the Chapter 11 case and confirm a plan of reorganization; and it is further
>
> **RESOLVED**, that the Company is authorized to retain the law firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as bankruptcy counsel for the purpose of filing and prosecuting the Chapter 11 petition on its behalf.

Dated: New York, New York
       October 9, 2025

/s/ Linda Greco                          /s/ Louis Greco
Member                                   Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                          Chapter 11

Aherman LLC,
                                                                Case No.
                       Debtor.
-------------------------------------------------------------x
In re:                                                          Chapter 11

Louis Greco, Jr.,
                                                                Case No.
                       Debtor.
-------------------------------------------------------------x

## CONSOLIDATED DECLARATION OF LOUIS GRECO, JR. PURSUANT TO THE LOCAL BANKRUPTCY RULES

Louis Greco, Jr., declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am the managing member of the debtor herein, Aherman LLC, (the "Debtor"). This Chapter 11 case is being filed as a related case to my wife's individual Chapter 11 case which remains pending under Case No. 24-44301-ESS. This filing brings before the Court the Debtor as the fee and title owner of certain valuable real property so that a bankruptcy process can be pursued to sell significant residential and commercial properties. To round out the picture, I am also filing a personal Chapter 11 case since Aherman, my wife and I have many common creditors and overlapping ownership of real property, such that our interests are aligned.

2. I respectfully submit this Declaration in accordance with the Local Bankruptcy Rule 1007-4 in support of the filing of the Debtor's Chapter 11 case, as well as my own personal petition.

## Background

3. I am a real estate developer by profession and I have enjoyed great success and great failure. Currently, my failures are now overcomplicating my life and require bankruptcy intervention.

4. Aherman, which is jointly owned by the wife and me, owns six residential condominium units located at 132 Remsen Street, Brooklyn, NY (the "Remsen Property"), identified as Units 1, 2, 3, 7, 8 and 9.

5. The Units at the Remsen Property are subject to various mortgages (firsts and seconds) held by the senior lender, Wendover Funder LLC, totaling $14,744,058 in principal alone, plus subordinate mortgages held by Hal Freidman and Lawrence Dalton in the principal amount of $1.2 million. The six Units are believed to have a value of approximately $4.0 million and provide additional collateral to Wendover which also holds a mortgage on Unit 4, which is owned solely by my wife and has a value of approximately $10 million.

6. Besides the Remsen Property, Aherman also owns two residential units and a part interest (33%) in the commercial units at 56 Court Street, Brooklyn, NY (the "Court Street Property"). The residential units are subject to the same mortgage held by Wendover Funder LLC, while the commercial units are not subject to any mortgage debt.

## Reorganization Strategy

7. On behalf of Aherman and my family, I have reached an agreement in principle with Wendover for an exit strategy for Aherman, my wife and myself under a joint Chapter 11 plan predicated upon the sale of all of the units in bankruptcy using the provisions of Section 363.

8. Essentially, all of the assets held by my wife and I, together with all of the assets held by Aherman, will be part of the sale, likely utilizing Compass Realty as the broker upon

2

Bankruptcy Court approval. The sale proceeds will be used to fund a joint liquidating plan using the residual proceeds after payment of Wendover's secured debt in an agreed discounted amount. We project that there will be at least $1.0 million to make a pro rata distribution to other creditors.

9. As part of the agreement with Wendover and subject to confirmation of the joint reorganization plan, my wife and I have moved out of Unit 4 and into Unit 2. We intend sell Unit 4, together with five of the Units owned by Aherman, and to cause Aherman to return and surrender Unit 2 to Wendover for a credit equal to fair market value, with a sale/lease back arrangement that will allow us to live in Unit 2.

10. Complicating the issues, one of my creditors, NH Smith Lender LLC ("NH Smith") obtained a judgment against me. As part of its efforts to enforce that judgment, NH Smith has obtained a decision from the Supreme Court, Kings County authorizing it to seize my membership interest in Aherman. That decision is not final, and this Chapter 11 case is being filed prior to the entry of an Order on that decision, so as to stay any further efforts by NH Smith with respect to Aherman while we effectuate the liquidating plan.

## Local Rule 1007-4 Disclosures

11. Pursuant to Local Rule 1007-4 (a)(v), no committee of creditors was formed prior to the filing of the Petition.

12. Pursuant to Local Rule 1007-4(a)(vi), lists of the twenty largest unsecured creditors are included herewith for both Aherman and myself.

13. Pursuant to Local Rule 1007-4(a)(vii), Aherman is subject to the Wendover mortgage referenced above. I have only one secured creditor, NH Smith, which is in the process of enforcing its judgment against my membership interest in Aherman. The assets of certain of the companies in which I hold a membership interest are subject to various mortgages, as will be

detailed in my bankruptcy Schedules to be filed within two weeks. In each instance, I believe that the balance due on the mortgages exceeds the fair value of the collateral assets.

14. Pursuant to Local Rule 1007-4(a)(viii), the assets and liabilities of both Aherman and me will be set forth in the bankruptcy Schedules to be filed within two weeks.

15. Pursuant to Local Rule 1007-4(a)(ix), because I am an individual debtor, there are no equity interests. Aherman is owned equally by my wife and me.

16. Pursuant to Local Rule 1007-4(a)(x), no receiver or other custodian has been appointed to operate the Remsen Property or the Court Street Property.

17. Pursuant to Local Rule 1007-4(a)(xi), my assets and those of Aherman are located in Brooklyn, New York.

18. Pursuant to Local Rule 1007-4(a)(xii), the books and records for Aherman and me are located at my home in Brooklyn, New York.

19. Pursuant to Local Rule 1007-4(a)(xiii), lists of lawsuits is included herewith for Aherman. I will file a separate list of lawsuits for myself within the next two weeks.

Dated: Brooklyn, New York
      October 9, 2025

                              By:    /s/ Louis Greco, Jr.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                          Chapter 11

Aherman LLC,                                    Case No.

                        Debtor.
-----------------------------------------------------------x

## LIST OF EQUITY HOLDERS

        Linda Greco      50%
        Louis Greco      50%

Dated: New York, New York
      October 10, 2025

                By:   /s/ Louis Greco
                          Name: Louis Greco
                          Title:  Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                    Chapter 11

Aherman LLC,                              Case No.

                    Debtor.
-------------------------------------------------------------x

## LIST OF LAWSUITS

1. Board of Managers of the 56 Court Condominium v. Aherman LLC et al.,
   Supreme Court, Kings County
   Index # 535776/2023

   Attorney for Plaintiff:
   Kenneth H. Amorello, Esq.
   Smith Buss & Jacobs LLP
   33 Yonkers Avenue, Suite 200
   Yonkers, NY 10704

2. Board of Managers of the 56 Court Condominium v. Aherman LLC et al
   Supreme Court, Kings County
   Index # 535785/2023

   Attorney for Plaintiff:
   Kenneth H. Amorello, Esq.
   Smith Buss & Jacobs LLP
   33 Yonkers Avenue, Suite 200
   Yonkers, NY 10704

Dated: New York, New York
       October 10, 2025

                          By:   /s/ Louis Greco
                                Name: Louis Greco
                                Title:  Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                             Chapter 11

Aherman LLC,                                   Case No.

                                  Debtor.
-----------------------------------------------------------x

## LOCAL RULE 1007-2 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 1007-2(a)(7), Aherman LLC certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
        October 10, 2025

                                            By:     /s/ Louis Greco
                                                      Name: Louis Greco
                                                      Title:  Member

# United States Bankruptcy Court
## Eastern District of New York, Brooklyn Division

In re: Ahearman LLC

Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: October 9, 2025

/s/ Louis Greco
Louis Greco /Manager
Signer/Title

Date: October 9, 2025

/s/ Kevin Nash
Signature of Attorney
Kevin Nash
Goldberg Weprin Finkel Goldstein LLP
125 Park Ave
New York, NY 10017-5690
Fax:

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

NYC Department of Finance
Legal Affairs, Collection Unit
375 Pearl St, Apt 30
New York, NY 10038

NYC Dept of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY 10007-2601

NYS Attorney General
28 Liberty St
New York, NY 10005-1400

NYS Dept of Taxation and Finance
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205

Wendover Funder LLC
140 Wendover Rd
Rye, NY 10580

Wendover Funder LLC
c/o Matthew R. Brooks, Esq.
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York 10022

NH Smith Lender LLC
c/o Clifford A. Katz, Esq.
Goetz Platzer, LLP
One Penn Plaza, Suite 3100
New York, New York 10119

Board of Managers of the 56 Court Condominium
c/o Kenneth H. Amorello, Esq.
Smith Buss & Jacobs LLP
33 Yonkers Avenue, Suite 200
Yonkers, NY 10704